**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

KEVIN DAWSON                                        CIVIL ACTION

VERSUS                                              NO.  11-2503

MICHAEL J. ASTRUE,                                  SECTION "J" (3)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

**ORDER**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is **GRANTED**, the Plaintiff's Motion for Summary Judgment is **DENIED** and that the Plaintiff's complaint be and is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 29th day of October, 2012.

UNITED STATES DISTRICT JUDGE